200 So.2d 517

**Johnny GRAY, Jr.**

v.

**STATE.**

**6 Div. 467.**

Supreme Court of Alabama.

June 22, 1967.

MacDonald Gallion, Atty. Gen., and John C. Tyson, III, Asst. Atty. Gen., for petitioner.

Johnny Gray, Jr., pro se.

SIMPSON, Justice.

Petition of the State, by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision in Gray v. State, 44 Ala.App. 12, 200 So.2d 514.

Writ denied.

LIVINGSTON, C. J., and MERRILL and HARWOOD, JJ., concur.

200 So.2d 506

**Johnny GRAY, Jr.,**

v.

**STATE.**

**3 Div. 288.**

Supreme Court of Alabama.

June 29, 1967.

MacDonald Gallion, Atty. Gen., and John C. Tyson, III, Asst. Atty. Gen., for petitioner.

Joe B. Thompson, Jr., Brewton, opposed.

GOODWYN, Justice.

Petition of the State, by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision in Gray v. State, 44 Ala. App. 5, 200 So.2d 504.

Writ denied.

LIVINGSTON, C. J., and LAWSON and COLEMAN, JJ., concur.

207 So.2d 122

**Bryan HOLCOMB, Jr.**

v.

**STATE.**

**8 Div. 289.**

Supreme Court of Alabama.

Feb. 8, 1968.

Martinson, Manning & Martinson, Huntsville, for petitioner.

MacDonald Gallion, Atty. Gen., and Walter S. Turner, Asst. Atty. Gen., opposed.

SIMPSON, Justice.

Petition of Bryan Holcomb, Jr., for certiorari to the Court of Appeals to review and revise the judgment and decision in Holcomb v. State, 44 Ala.App. 259, 207 So. 2d 119.

Writ denied.

LIVINGSTON, C. J., and MERRILL and HARWOOD, JJ., concur.